IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTING SCIENCE GROUP CORPORATION and HOME DEPOT U.S.A., INC.,<br><br>Defendants. | Case No. 12-cv-826-JRG-RSP |

## NOTICE OF APPEARANCE

Lighting Science Group Corporation and Home Depot U.S.A., Inc., Defendants in the above-entitled action hereby notify the Court and all parties that the following person is appearing as attorney of record:

Adam Wolek
THOMPSON COBURN LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Phone: (312) 346-7500
Facsimile: (312) 782-1041
Email: awolek@thompsoncoburn.com

Dated: March 15, 2013

Respectfully submitted,

/s/ Adam Wolek

Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway
Suite 101
Tyler, Texas 75703
(903) 534-1100
efindlay@findlaycraft.com

- 2 -

Kal K. Shah
Adam Wolek
THOMPSON COBURN LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
(312) 346-7500
kshah@thompsoncoburn.com
awolek@thompsoncoburn.com

*Attorneys for Defendants Lighting Science Group Corporation and Home Depot U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on March 15, 2013.

*/s/ Adam Wolek*
Adam Wolek