IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>LIGHTING SCIENCE GROUP CORPORATION and HOME DEPOT U.S.A., INC.<br><br>DEFENDANTS. | CASE NO.: 2:12-cv-00826-JRG-RSP |

**HOME DEPOT U.S.A., INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Home Depot U.S.A., Inc., by and through its undersigned attorneys, states as follows: Home Depot U.S.A., Inc. is a direct, wholly-owned subsidiary of The Home Depot, Inc.  No publicly-held corporation owns 10% or more of the capital stock of The Home Depot, Inc.

Dated: April 5, 2013

Respectfully submitted,

 /s/ Eric H. Findlay_____
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway
Suite 101
Tyler, TX 75703
(903) 534-1100

Kal K. Shah
Adam Wolek
THOMPSON COBURN LLP
55 East Monroe Street, 37th Floor

1

>Chicago, Illinois 60603
>(312) 346-7500
>kshah@thompsoncoburn.com
>awolek@thompsoncoburn.com
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on April 5, 2013.

>*/s/ Eric H. Findlay*
>Eric H. Findlay