IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>LIGHTING SCIENCE GROUP CORPORATION and HOME DEPOT U.S.A., INC.,<br><br>DEFENDANTS. | Case No.:  2:12-cv-00826-MHS-RSP<br>LEAD CASE |

## NOTICE OF DISCLOSURE

Defendants Lighting Science Group Corporation and Home Depot U.S.A., Inc. hereby notify the Court that, pursuant to the Court's Case Management Plan (Dkt. 49) and Local Rule CV-26(c), Defendants served opposing counsel with their Initial Disclosures on January 21, 2014.

Dated:  January 21, 2014

/s/ Adam Wolek
Kal K. Shah
Adam Wolek
THOMPSON COBURN LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
(312) 346-7500
Email: kshah@thompsoncoburn.com
Email: awolek@thompsoncoburn.com

*Attorneys for Defendants Lighting Science Group, Corp. and Home Depot, U.S.A., Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of January, 2014, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this action.


/s/ *Adam Wolek*
Adam Wolek