**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES, LLC, | § § § | |
| v. | § § | Case No. 2:12-CV-826-MHS-RSP |
| LIGHT SCIENCE GROUP CORP., et al., | § § | |

## ORDER

Before the Court is Defendant Wal-Mart Stores, Inc.'s Renewed 12(b)(6) Motion to Dismiss for Failure to State a Claim (Case No. 2:12-CV-827, Dkt. No. 16, filed April 4, 2013). The Magistrate Judge filed a report recommending that the motion be denied. (Report and Recommendation, No. 60, filed January 31, 2014).

No objection to the Magistrate Judge's Report and Recommendation has been filed. The Court finds that the Report and Recommendation should be, and is hereby, ADOPTED. Accordingly, Wal-Mart Stores, Inc.' Renewed 12(b)(6) Motion to Dismiss for Failure to State a Claim (Case No. 2:12-CV-827, Dkt. No. 16) is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 5th day of March, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE