IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES, LLC,<br><br>V.<br><br>LIGHTING SCIENCE GROUP CORP., *et al*. | Civil Action No. 2:12-cv-826-MHS-RSP<br>**LEAD CASE**<br><br>CONSOLIDATED |
| LIGHT TRANSFORMATION TECHNOLOGIES LLC<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, *et al.* | Civil Action No. 2:12-cv-827-MHS-RSP |

## JOINT SUBMISSION OF PATENT RULE 4-5(D) CHARTS

Plaintiff Light Transformation Technologies LLC ("LTT") and defendants Lighting Science Group Corporation ("LSG"); Home Depot U.S.A., Inc. ("Home Depot"); General Electric Company; GE Lighting Solutions, LLC, GE Lighting, Inc., GE Lighting, LLC, GE Lighting Systems, LLC, and GE Lighting Systems, Inc. (collectively "GE"); and Wal-Mart Stores, Inc. ("Walmart") (collectively "Defendants") submit herewith their Claim Construction Charts pursuant to P.R. 4-5(d). Plaintiff and Defendants have not been able to agree upon the format for their charts that would be most helpful to the Court and therefore provide their proposed charts separately. Plaintiff's chart is attached as Exhibit A; Defendants' chart is submitted as Exhibit B. The charts differ in the following respects: (1) Plaintiff's chart contains certain underlining within the parties' competing constructions that Plaintiff contends are helpful to highlight for the Court the differences between the parties' constructions, whereas Defendants' chart removes the underlining because Defendants view the underlining as inconsistent and misleading with respect to the actual differences; and (2) Defendant's chart includes

the '911 patent, which Plaintiff is no longer asserting but nonetheless remains the subject of Defendants' counterclaims as of the filing of this paper.

| | |
|---|---|
| Date: June 3, 2014 | Respectfully submitted, |
| By: /s/ Henry Pogorzelski | By: */s/* Michael H. Jacobs *(w/permission)* |
| Henry Pogorzelski – Lead Counsel | Michael H. Jacobs, Esq. (admitted PHV) |
| Texas Bar No. 24007852 | DC Bar # 455043 |
| Michael J. Collins, Esq. | Lucy Grace D. Noyola, Esq. (admitted PHV) |
| Texas Bar No. 04614510 | DC Bar # 985723 |
| John J. Edmonds, Esq. | **CROWELL & MORING LLP** |
| Texas Bar No. 00789758 | 1001 Pennsylvania Avenue, N.W. |
| **COLLINS, EDMONDS, POGORZELSKI,** | Washington, DC 20004-2595 |
| **SCHLATHER & TOWER, PLLC** | Telephone: (202) 624-2500 |
| 1616 S. Voss Road, Suite 125 | Facsimile: (202) 624-5116 |
| Houston, Texas 77057 | Email: mjacobs@crowell.com |
| Telephone: (281) 501-3425 | Email: lnoyola@crowell.com |
| Facsimile: (832) 415-2535 | |
| Email: hpogorzelski@cepiplaw.com | *Attorneys for General Electric Company,* |
| Email: mcollins@cepiplaw.com | *GE Lighting Solutions, LLC, GE Lighting,* |
| Email: jedmonds@cepiplaw.com | *Inc., GE Lighting, LLC, GE Lighting* |
| | *Systems, LLC, and GE Lighting Systems,* |
| Stafford Davis, Esq. | *Inc.* |
| Texas Bar No. 24054605 | |
| **THE STAFFORD DAVIS FIRM, PC** | By: */s/* Arthur P. Licygiewicz *(w/permission)* |
| 305 S. Broadway, Suite 406 | Arthur P. Licygiewicz, Esq. |
| Tyler, Texas 75702 | Ohio Bar No. 0068458 |
| Telephone: (903) 593-7000 | Megan D. Dortenzo, Esq. |
| Facsimile: (903) 705-7369 | Ohio Bar No. 0079047 |
| Email: sdavis@stafforddavisfirm.com | **THOMPSON HINE LLP** |
| | 3900 Key Center |
| *Attorneys for Plaintiff* | 127 Public Square |
| *Light Transformation Technologies, LLC* | Cleveland, Ohio 44114 |
| | Telephone: (216) 566-5500 |
| | Facsimile: (216) 566-5800 |
| | Email: art.licygiewicz@thompsonhine.com |
| | Email: megan.dortenzo@thompsonhine.com |
| | |
| | *Attorneys for Wal-Mart Stores, Inc.* |

By: */s/* Michael C. Smith *(w/permission)*
Michael C. Smith, Esq.
Texas Bar No. 18650410
**SIEBMAN, BURG, PHILLIPS & SMITH, LLP**
113 East Austin Street
Marshall, TX 75671-1556
Telephone: (903) 938-8900
Facsimile: (903) 472-4301
Email: michaelsmith@siebman.com

*Attorney for General Electric Company, GE Lighting Solutions, LLC, GE Lighting, Inc., GE Lighting, LLC, GE Lighting Systems, LLC, GE Lighting Systems, Inc., and Wal-Mart Stores, Inc*.

By: */s/* Kal K. Shah *(w/permission)*
Kal K. Shah, Esq.
**EDWARDS WILDMAN PALMER, LLP**
225 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 201-2225
Email: KShah@edwardswildman.com

Adam Wolek, Esq.
**THOMPSON COBURN, LLP**
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Telephone: (312) 346-7500
Email: awolek@thompsoncoburn.com

Anthony Blum, Esq.
**Thompson Coburn LLP**
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Email: ablum@thompsoncoburn.com

>Eric H. Findlay, Esq.
>**FINDLAY CRAFT, P.C.**
>102 North College Avenue, Ste. 900
>Tyler, TX 75702
>Telephone: (903) 534-1100
>Email: efindlay@findlaycraft.com
>
>*Attorneys for Lighting Science Group Corp.*
>*and Home Depot U.S.A., Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).


Date: June 3, 2014                         /s/ *Henry Pogorzelski*
                                                        Henry Pogorzelski