IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES LLC, <br><br> v. <br><br> LIGHTING SCIENCE GROUP CORP., ET AL. | CASE  NO. 2:12-CV-00826-MHS-RSP (LEAD CASE) |
| LIGHT TRANSFORMATION TECHNOLOGIES LLC, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY; GE LIGHTING SOLUTIONS, LLC; GE LIGHTING, INC.; GE LIGHTING, LLC; GE LIGHTING SYSTEMS, LLC; GE LIGHTING SYSTEMS, INC.; AND WAL-MART STORES, INC. | CASE  NO. 2:12-CV-00827-MHS-RSP |

**ORDER GRANTING WITHDRAWAL OF ATTORNEYS OF RECORD**

The Court having considered the Unopposed Motion to Withdraw of Adam Wolek and Anthony Blum as attorneys of record for Defendants Lighting Science Group Corp. and Home Depot U.S.A., Inc. finds that it should be in all things GRANTED.

**SIGNED this 24th day of June, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE