**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES, LLC, | § § § § § § § | |
| v. | | Case No. 2:12-CV-826-MHS-RSP LEAD CASE |
| LIGHT SCIENCE GROUP CORP., et al., | | |

**ORDER**

Plaintiff's Emergency Motion for Reconsideration of its Unopposed Motions to Suspend Deadlines to Facilitate Appeal (Dkt. No. 148) came before the Court through a telephone status conference on August 6, 2014, attended by counsel for all parties. All counsel confirmed to the Court that they do intend to submit a stipulated judgment to the Court in the event that the Objections to the recent Claim Construction Order are overruled. However, the parties have not agreed on the form of such a judgment. Accordingly, all proceedings in this matter, other than those relating directly to the currently pending Objections, are stayed until ten days after entry of an Order by Judge Schneider addressing the Objections. If the parties have filed a motion or stipulated judgment putting the matter in posture for an appeal within the ten day period, the stay will be continued pending disposition of that filing.

**SIGNED this 6th day of August, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE