# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES LLC<br><br>v.<br><br>LIGHTING SCIENCE GROUP CORPORATION and HOME DEPOT U.S.A., INC. | CASE NO.: 2:12-CV-00826-MHS-RSP (LEAD CASE) |
| LIGHT TRANSFORMATION TECHNOLOGIES LLC<br><br>v.<br><br>GENERAL ELECTRIC COMPANY; GE LIGHTING SOLUTIONS, LLC; GE LIGHTING, INC.; GE LIGHTING, LLC; GE LIGHTING SYSTEMS, LLC; GE LIGHTING SYSTEMS, INC.; and WAL-MART STORES, INC. | CASE NO.: 2:12-cv-00827-MHS-RSP |

## NOTICE OF COMPLETE BRIEFING

Defendants Lighting Science Group Corp. and Home Depot U.S.A., Inc. (hereinafter "Defendants") filed Dkt. No. 142 a Motion for Amendment to the Court's Memorandum and Order on Claim Construction (Dkt. No. 135) on July 25, 2013. Defendants filed their Response in Opposition to the Motion (Dkt. No. 154) on August 11, 2014. Defendants hereby provide notice that they will not be filing a Reply in support of their Motion for Amendment. Therefore, briefing is complete and the Motion is ripe for consideration by the Court.

Dated: August 18, 2014						Respectfully submitted,


							By:  /s/ Eric H. Findlay

							Eric H. Findlay
							FINDLAY CRAFT, P.C.
							102 North College Avenue,
							Suite 900
							Tyler, TX 75702
							903/534-1100
							Fax: 903/534-1137
							Email: efindlay@findlaycraft.com

							Kal K. Shah, Esq.
							Edwards Wildman Palmer LLP
							225 West Wacker Drive
							Chicago, IL 60606-1229
							kshah@edwardswildman.com
							Telephone:   (312) 201-2225
							Facsimile:    (312) 201-2555

							*Attorneys for*
							Lighting Science Group Corporation & The
							Home Depot, Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th day of August, 2014.


							*/s/ Eric H. Findlay*
							Eric H. Findlay