**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES, LLC § § § § v. § § LIGHT SCIENCE GROUP CORP., et al., § | Case No. 2:12-CV-826-MHS-RSP LEAD CASE |

**ORDER**

Before the Court is Plaintiff Light Transformation Technologies, LLC ("LTT") Opposed Motion to Dismiss the '911 Patent. (Dkt. No. 113, filed June 10, 2014). The Magistrate Judge filed a report recommending that the motion be granted. (Report and Recommendation, Dkt. No. 120, filed June 18, 2014).

No objections to the Report and Recommendation were filed. The Court has reviewed the Report and Recommendation and finds that it should be, and is hereby, ADOPTED. Accordingly, LTT's Motion to Dismiss the '911 Patent (Dkt. No. 113) is **GRANTED**.

    **It is SO ORDERED.**

    **SIGNED this 15th day of September, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE